```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 34144
    CLAUDE E JONES JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

             Debtor
    SSN XXX-XX-2030


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/14/2008 and was not confirmed.

      The case was dismissed without confirmation 03/05/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
JOSHUA I CARL              UNSECURED        NOT FILED          .00           .00
JOSHUA I CARL              UNSECURED        NOT FILED          .00           .00
JOSHUA I CARL              MORTGAGE NOTI    NOT FILED          .00           .00
KEVIN VASQUEZ              SECURED NOT I         .00           .00           .00
KEVIN VASQUEZ              UNSECURED             .00           .00           .00
MARK ARRIGOTTI             UNSECURED        NOT FILED          .00           .00
MARK ARRIGOTTI             UNSECURED        NOT FILED          .00           .00
WACHOVIA MORTGAGE          CURRENT MORTG         .00           .00           .00
WACHOVIA MORTGAGE          MORTGAGE ARRE    35000.00           .00           .00
TOYOTA FINANCIAL SERVICE   SECURED NOT I    33223.57           .00           .00
AMERICAN EXPRESS BANK      UNSECURED        13862.42           .00           .00
AMERICAN EXPRESS           NOTICE ONLY      NOT FILED          .00           .00
AMERICAN EXPRESS           NOTICE ONLY      NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        NOT FILED          .00           .00
CITIBANK                   UNSECURED        NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED         9456.43           .00           .00
DISCOVER CARD              NOTICE ONLY      NOT FILED          .00           .00
DISCOVER CARD              NOTICE ONLY      NOT FILED          .00           .00
DISCOVER CARD              NOTICE ONLY      NOT FILED          .00           .00
MBNA AMERICA               UNSECURED        NOT FILED          .00           .00
MBNA AMERICA               NOTICE ONLY      NOT FILED          .00           .00
MBNA AMERICA               NOTICE ONLY      NOT FILED          .00           .00
ECAST SETTLEMENT CORP      NOTICE ONLY      NOT FILED          .00           .00
MISSION CITY FEDERAL C U   UNSECURED        NOT FILED          .00           .00
SPRINT NEXTEL              UNSECURED         2246.00           .00           .00
ROUNDUP FUNDING LLC        UNSECURED        15404.78           .00           .00
WELLS FARGO                NOTICE ONLY      NOT FILED          .00           .00
WELLS FARGO BANK NA        UNSECURED        NOT FILED          .00           .00
WELLS FARGO                NOTICE ONLY      NOT FILED          .00           .00
WELLS FARGO                NOTICE ONLY      NOT FILED          .00           .00
TOYOTA MOTOR CREDIT CORP   NOTICE ONLY      NOT FILED          .00           .00
CLAUDE E JONES SR          NOTICE ONLY      NOT FILED          .00           .00
IVY RIDGE INVESTMENT FUN   NOTICE ONLY      NOT FILED          .00           .00
KARL JONES                 NOTICE ONLY      NOT FILED          .00           .00
PAUL M BACH                DEBTOR ATTY           .00                         .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 34144 CLAUDE E JONES JR
```

```
TOM VAUGHN                    TRUSTEE                                          .00
DEBTOR REFUND                 REFUND                                           .00
        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         ---------------    ---------------
TOTALS                        .00                      .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE